■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENTON JACKSON, Appellant

Defendant's appellate claims are without merit. There is no support in the record for the claims that the plea was coerced and that trial counsel was ineffective. *(People v Brown,* 45 NY2d 852.) Neither is there a showing that the colloquy was deficient. *(People v Harris,* 61 NY2d 9.) Finally defendant received the minimum sentence allowed. (Penal Law § 70.02.) Concur—Rosenberger, J. P., Wallach, Kupferman, Asch and Rubin, JJ.